PER CURIAM.
Affirmed. See Lindquist v. State, 140 So. 3d 588 (Fla. 2d DCA 2013) (table decision); Lindquist v. State, 968 So. 2d 606 (Fla. 2d DCA 2007) ; Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005) ; Salters v. State, 840 So. 2d 295 (Fla. 2d DCA 2003) ; Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000) ; Hill v. State, 804 So. 2d 524 (Fla. 4th DCA 2002).
LaROSE, C.J., and CRENSHAW and ROTHSTEIN-YOUAKIM, JJ., Concur.